No. 263. DeGillio et al. v. Michigan. Supreme Court of Michigan. Certiorari denied. *Albert A. Goldfarb* for petitioners. *Frank J. Kelley*, Attorney General of Michigan, *Robert A. Derengoski*, Solicitor General, and *Donald T. Kane*, Assistant Attorney General, for respondent.

No. 475. Texaco, Inc., et al. v. Federal Power Commission. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Alfred C. DeCrane, Jr., Jesse H. Foster, Jr., Edwin S. Nail, Rufus S. Day, Jr.* and *Jesse P. Luton, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander, Richard A. Solomon, Howard E. Wahrenbrock, Robert L. Russell* and *Israel Convisser* for respondent.

No. 473. American Federation of Musicians et al. v. Cutler. C. A. 2d Cir. Certiorari denied. *Henry Kaiser, Eugene Gressman, George Kaufmann* and *David I. Ashe* for petitioners. *Godfrey P. Schmidt* for respondent.

No. 482. Gerstell et ux. v. Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *Richard H. Appert* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 484. Manufacturers Light & Heat Co. et al. v. Texas Eastern Transmission Corp. C. A. 5th Cir. Certiorari denied. *John F. Sisson, Alfred A. Green* and *William C. Hart* for petitioners. *David T. Searls* for respondent.